AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
*August 04, 2022*

Nathan Ochsner, Clerk of Court

United States of America
v.
Paulino Ely Gonzalez

*Defendant(s)*

Case No. **4:22-mj-1831**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 3, 2022 in the county of Harris in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. 841, 846 | Possession with the intent to distribute a controlled substance. The substance involved five (5) kilograms or more of a detectable amount of cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Derrick Jaradi, FBI TFO
*Printed name and title*

Sworn to before me telephonically and signed and I find probable cause

Date: August 04, 2022

*Judge's signature*

City and state: Houston, Texas

Yvonne Y. Ho, United States Magistrate Judge
*Printed name and title*

**Affidavit in Support of Criminal Complaint**

      I am a Task Force Officer (TFO) of the Federal Bureau of Investigation's Houston Coastal Safe Streets Task. As such, I am empowered under Title 21, United States Code, Section 878, to enforce Title 21 and other criminal laws of the United States, to make arrests and obtain and execute search, seizure and arrest warrants. I have been so employed by the Federal Bureau of Investigation (FBI) as a FBI TFO since January of 2020. Currently, I am assigned to the FBI Texas City Residence Agency. In connection with my official duties, I investigate criminal violations of Controlled Substances Act. I have received special training in the enforcement of laws concerning controlled substances as found in Title 21 of the United States Code. In connection with my duties and responsibilities as a law enforcement officer, I have testified in judicial proceedings for violations of laws concerning controlled substances. I have participated in numerous drug trafficking investigations, including investigations that have resulted in felony arrests for violations of Title 21 of the United States Code. I have been involved in various types of electronic surveillance, in the execution of search and arrest warrants, and in the debriefing of defendants, witnesses and informants, as well as others who have knowledge of distribution and transportation of controlled substances, and of the laundering and concealing of proceeds from controlled substances trafficking.

      On August 3, 2022, Affiant obtained a residential search warrant from the Honorable Yvonne Y. Ho, a United States Magistrate Judge in the Southern District of Texas, for the address of 9318 Jan Glen Lane, Spring, TX , a residence that Affiant identified through his investigation to be utilized as a narcotic stash house by an individual identified as Paulino Ely Gonzalez (GONZALEZ).

      A short time later, the FBI SWAT team executed the search warrant at 9318 Jan Glen Lane. During the execution of the search warrant, GONZALEZ exited the residence and was taken into custody without incident. Agents also located GONZALEZ's wife and two young children inside. GONZALEZ was read his Miranda warning and began indicating to Agents that there was approximately one hundred and fifty (150) kilograms of cocaine inside his residence. GONZALEZ led Agents inside his residence and showed Agents where approximately forty-eight (48) kilograms of cocaine were concealed inside a hall closet. Additionally, GONZALEZ led Agents to the master bedroom and Agents observed four (4) gray containers which contained approximately one hundred and fifteen (115) kilograms of cocaine near the entrance of the room. GONALEZ also led Agents to several locations throughout the house which contained multiple bundles of United States currency which GONZALEZ stated was drug proceeds. GONZALEZ estimated the money to be over $100,000.

      Based on my experience and the aforementioned facts and observations, your affiant believes there is probable cause to believe that GONZALEZ on August 3, 2022, did knowingly and intentionally possess with the intent to distribute over 5 kilograms of a

mixture or substance containing a detectible amount of cocaine (approximately one hundred and sixty three (163) kilograms), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections, 841(a)(1) and 841(b)(1)(A)(i).

TFO Derrick Jaradi
Federal Bureau of Investigation

Sworn to and subscribed before me telephonically, on this 4th day of August, 2022, And I hereby find probable cause.

Yvonne Y. Ho
United States Magistrate Judge
Southern District of Texas